# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SALMERON, | Case No. 1:21-cv-00413-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 2) |
| Defendant. | TWENTY-ONE DAY DEADLINE |

On March 15, 2021, Plaintiff Elizabeth Salmeron ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). However, Plaintiff's application is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action. Notably, Plaintiff has reported that her spouse receives income in the amount of $3,000.00 per month. (*Id.* at 2.) However, Plaintiff has attached an exhibit to her application, which purports to be a response to "Question #11." (Doc. 2-2.) The application does not have a Question #11. Although unclear, the exhibit appears to identify expenses, debts and financial obligations.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **March 16, 2021**         /s/ *Barbara A. McAuliffe*         
                                    UNITED STATES MAGISTRATE JUDGE