# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SALMERON,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00413-DAD-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Docs. 2, 4, 6) |

Plaintiff Elizabeth Salmeron ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security. Plaintiff initiated this action on March 15, 2021, and filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Docs. 1, 2.) Finding Plaintiff's application insufficient to determine her entitlement to proceed without prepayment of fees, the Court directed Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). (Doc. 3.) Plaintiff submitted a Long Form application on April 2, 2021. (Doc. 4.)

Upon consideration of Plaintiff's Long Form application to proceed *in forma pauperis*, the

Court issued findings and recommendations that Plaintiff's application be denied, and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action. (Doc. 6.) Following issuance of the findings and recommendations, Plaintiff paid the $402.00 filing fee in full.

Accordingly, the findings and recommendations issued on May 11, 2021, (Doc. 6), are HEREBY VACATED, and Plaintiff's pending applications to proceed *in forma pauperis* (Docs. 2, 4) are DENIED as moot.

IT IS SO ORDERED.

Dated: **May 26, 2021**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE