JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SALMERON,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKZI, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:21-cv-00413-DAD-BAM<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from June 22, 2022 to August 22, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time.  Good cause exists for this extension.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on

1

March 17, 2022. Although it has been over two months, Counsel for Plaintiff continues to experience significant pain and the secondary effects of medications. Counsel continues to work short periods throughout the day with significant breaks throughout. Counsel continues to attend physical therapy four days a week.

Secondly, as this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels. Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts. In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 78 cases from February through April 2022.

Currently, for the weeks of June 20, 2022 and June 27, 2022, Counsel for Plaintiff has nine merit briefs, and several letter briefs and reply briefs. With this number expected to grow.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 25, 2022  PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: May 26, 2022  PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON

2

       Acting Regional Chief Counsel, Region IX
       Social Security Administration


    By: */s/ Patrick Snyder*
      Patrick Snyder
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on May 26, 2022)

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file an Opening Brief is GRANTED.  Plaintiff shall file an Opening Brief on or before August 22, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 31, 2022**              /s/ Barbara A. McAuliffe              
                                        UNITED STATES MAGISTRATE JUDGE