PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SALMERON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-00413-ADA-BAM<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Opening Brief be extended sixty-seven days (67) days from October 6, 2022, to December 12, 2022.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response.  Counsel for Defendant currently has five (5) merit briefs currently due in district court

Stipulated Motion for Extension of Time

1

cases in the next seven (7) days, fifteen (15) merit briefs in the next thirty (30) days and twenty-three (23) merit briefs in the next sixty (60) days. Counsel will also be out of the office the week of November 21 - 25. Given this current workload and leave schedule an extension until December 12, 2022 should provide an opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Opening Brief. Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff (due to leave and resignations) is handling. Counsel apologizes to the Court for any inconvenience caused by this delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: October 4, 2022     By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

Attorney for Plaintiff

DATE: October 4, 2022     By:   *s/ Jonathan Omar Pena\**
Jonathan Omar Pena
Pena & Bromberg, Attorneys at Law
(\*as authorized by email)

## ORDER

Pursuant to the stipulated motion, and cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Opening Brief is GRANTED. Defendant shall file a response to Plaintiff's Opening Brief on or before December 12, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __October 5, 2022__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE